HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
MARIAM ALAMI SAQEBI (SBN 213972)
Email: mariam.saqebi@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787

Attorneys for Plaintiff SANG SOOK HONG

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG SOOK HONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LUXURY DIVAS CORPORATION, a New Jersey corporation, doing business as LUXURY DIVAS; SPRING IMPORT, INC., a New York corporation; WAL-MART STORES, INC., a Delaware Corporation dba WALMART; AMAZON.COM, LLC, a Delaware limited liability company, doing business as AMAZON; NEWEGG, INC., a Delaware Corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:17-cv-05725-FMO-AGR<br><br>Hon. Fernando M. Olguin Presiding<br><br>**ORDER RE STIPULATION [55] FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The Court has reviewed the Stipulation submitted concurrently herewith, and based on the contents of said Stipulation, finds goods cause to approve the agreement contained therein. Accordingly, the Court orders:

1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

1. This action is to be dismissed with prejudice as to Defendant Spring Import, Inc.; and
2. Each party is to bear its own costs and attorney's fees as incurred against one another.

IT IS SO ORDERED.

Date: July 23, 2018

_____/s/_____
United States District Judge
Honorable Fernando M. Olguin

2
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL